UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

Case No. **5:26-cv-03737-KK (DSR)** Date: July 28, 2026

Title ***Yousefi Ramandi Abdolfazl v. Kristi Noem, et al.***

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | NOT REPORTED |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
| --- | --- |
| None present | None present |

**Proceedings: (IN CHAMBERS) ORDER EXTENDING TIME FOR PETITIONER TO FILE REPLY TO RESPONDENTS' ANSWER TO PETITION**

Petitioner, an immigration detainee, filed his Petition for Writ of Habeas Corpus initiating this case pro se on July 2, 2026 (entered July 6, 2026) and requested appointment of counsel. See Doc. Nos. 1, 3. On July 6, 2026, the Clerk served the Petition on Respondents, along with Notice of General Order 26-05 setting a briefing schedule. See Doc. No. 5. On July 7, 2026, the Court referred the matter to the Office of the Federal Public Defender to consider appointment of counsel. See Doc. No. 7. On July 13, 2026, Respondents filed their Answer to the Petition and served it on Petitioner by mail. See Doc. No. 10. Pursuant to the standard, expedited, scheduling order within General Order 26-05, Petitioner's Reply to the Answer is due July 30th, 14 days from service of the Answer. On July 27, 2026, Deputy Public Defender Jonathan C. Aminoff filed a Notice of Appearance for Petitioner. See Doc. No. 11.

General Order 26-05 provides that "[t]he assigned Judge may modify any portion of the standard scheduling order as the circumstances of the case may require." G.O. 26-05 at 3:12-13. In light of the recent appearance by counsel for Petitioner, and in order to permit counsel a reasonable opportunity to discuss this matter with his client and otherwise familiarize himself with the particulars of this case, the Court finds good cause to modify the due date for Petitioner's Reply in this case. Petitioner may file his Reply to Respondents' Answer on or before **August 10, 2026**. The case will stand submitted for final disposition upon the filing of the Reply unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

:

**Initials of Preparer** LK