JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

YOUSEFI RAMANDI ABOLFAZL,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Case No. 5:26-cv-03737-KK-DSRx

JUDGMENT

It is hereby adjudged that the Petition is granted consistent with the reasons and findings set forth in the Court's Order Granting the Petition (Dkt. 16), and Respondent is (1) ordered to immediately release Yousefi Ramandi Abolfazl (A# 245-486-055), from custody; (2) ordered to return any confiscated property and documents to Petitioner upon his release; (3) permanently enjoined from re-detaining Petitioner under 8 U.S.C. § 1226 without providing him a pre-detention hearing before a neutral decisionmaker where Respondent bears the burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger such that his physical custody is required; and (4) ordered to file a status report regarding its compliance with this Order no later than three (3) court days of Petitioner's release. (JS-6)

Dated: October 30, 2026

THE HONORABLE KENLY KIYA KATO
United States District Judge

CC: BOP/USMED/IMMRELEASE